FILED

2016 May-26  PM 03:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

GJ #16

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CASE NO: _____ |
| V. | * | |
| | * | Violation:   18 U.S.C. § 2261A(2) |
| MICHAEL WAYNE CORNELIUS | * | |

### INDICTMENT

**The Grand Jury Charges:**

### COUNT ONE

On or about April 4, 2016, in the Northern District of Alabama, Southern Division, the defendant,

### MICHAEL WAYNE CORNELIUS,

with the intent to kill, injure, harass, and intimidate, used an interactive computer service and an electronic communication service and an electronic communication system of interstate commerce, and any other facility of interstate commerce, to wit: the telephone and the internet, to engage in a course of conduct that placed S.C. and H.C. in reasonable fear of the death of and serious bodily injury to S.C., H.C., and an immediate family member, and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to S.C. and H.C.

All in violation of Title 18, United States Code, Section 2261A(2)(A) and (B).

A TRUE BILL

*/s/ Electronic Signature*
_____
FOREPERSON OF THE GRAND JURY

[signatures on next page]

1

LORETTA LYNCH
ATTORNEY GENERAL

KENYEN R. BROWN
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF ALABAMA
By:

*/s/ Donna B. Dobbins*
Donna B. Dobbins, Special Attorney
Assistant United States Attorney

*/s/ Vicki M. Davis*
Vicki M. Davis
Assistant United States Attorney
Chief, Criminal Division