FILED

2016 Nov-08  PM 04:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL WAYNE CORNELIUS,

    Defendant.

CRIMINAL CASE

NO. 2:16-cr-163-TCB-RGV

## O R D E R

This case comes before the Court on Magistrate Judge Russell G. Vineyard's Report and Recommendation (the "R&R") [28], which recommends that Defendant Michael Wayne Cornelius be found mentally competent to stand trial. No objections to the R&R have been filed.

The Court has conducted a "careful and complete" review of the R&R. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (per curiam). Having done so, it finds no plain error in its factual findings or legal conclusions. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (holding that where no objection is made to an R&R, it need be reviewed only for clear error).

Accordingly, the Court adopts as its Order the R&R [28] and finds that Defendant is mentally competent to stand trial.

IT IS SO ORDERED this 8th day of November, 2016.

Timothy C. Batten, Sr.
United States District Judge

2